IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WADE P. ADAMS, | § | |
| | § | |
|    PLAINTIFF AND | § | |
|    COUNTER-DEFENDANT, | § | |
| V. | § | CASE NO. 3:20-CV-192-E-BK |
| | § | |
| U.S. BANK, NATIONAL ASSOCIATION | § | |
| AS TRUSTEE FOR THE RMAC TRUST, | § | |
| SERIES 2016-CTT, | § | |
| | § | |
|    DEFENDANT AND | § | |
|    COUNTER-PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| JANE A. ADAMS, | § | |
| | § | |
|    THIRD PARTY DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Motion to Dismiss (Doc. No. 6) filed by Plaintiff/Counter-Defendant Wade P. Adams and Third Party Defendant Jane A. Adams is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** with respect to Defendant's judicial foreclosure counterclaim. The motion is **GRANTED** with respect to Defendant's breach of contract and fraud counterclaims. Defendant's

breach of contract and fraud counterclaims are **DISMISSED WITHOUT PREJUDICE** to Defendant filing an amended pleading curing the deficiencies noted in the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

  **SO ORDERED** this 11th day of August, 2020.

                _____
                Ada Brown
                UNITED STATES DISTRICT JUDGE