IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WADE P. ADAMS, § | |
| § | |
| PLAINTIFF AND § | |
| COUNTER-DEFENDANT, § | |
| V. § | CASE NO. 3:20-CV-192-E-BK |
| § | |
| U.S. BANK NATIONAL ASS'N, § | |
| § | |
| DEFENDANT AND § | |
| COUNTER-PLAINTIFF. § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation on Plaintiff's *Motion to Dismiss Amended Counterclaim* (Doc. No. 21). No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion to Dismiss Amended Counterclaim* is **GRANTED**. Defendant's counterclaim for fraud is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 5th day of March, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE