**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| WADE P. ADAMS, § | |
|    PLAINTIFF/COUNTER-DEFENDANT, § | |
| § | CASE NO. 3:20-CV-192-E-BK |
| V. § | |
| § | |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, § | |
|    DEFENDANT/COUNTER-PLAINTIFF/ THIRD PARTY PLAINTIFF, § | |
| V. § | |
| JANE A. ADAMS, § | |
|    THIRD PARTY DEFENDANT. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion for summary judgment, Doc. 26, is **GRANTED**. Defendant's counterclaim for foreclosure is **GRANTED** and Defendant is awarded its attorneys' fees.

**SO ORDERED** this 4th day of February, 2022.

_Ada Brown_
Ada Brown
UNITED STATES DISTRICT JUDGE